UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITAS HEALTH CORPORATION – MILPITAS and VITAS HEALTHCARE CORPORATION – WALNUT CREEK,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services,<br><br>Defendant. | Civ. A. No. 21-0281 (JDB) |

**JOINT STIPULATION OF DISMISSAL**

Plaintiffs Vitas Healthcare Corporation – Milpitas ("Vitas-Milpitas") and Vitas Healthcare Corporation – Walnut Creek ("Vitas-Walnut Creek") and Defendant Xavier Becerra, Secretary of Health and Human Services (collectively, the "Parties"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of the above-captioned case with prejudice, with each party bearing its own costs, fees, and expenses.

Dated: August 23, 2022
Washington, DC

Respectfully submitted,

By: */s/ Lesley Reynolds*
Frederick Robinson (D.C. Bar No. 367223)
Lesley C. Reynolds (D.C. Bar No.287580)
Email: lreynolds@reedsmith.com
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005-3373
Direct +1 202-414-9282
Fax +1 202-414-9299

James Martin (PA Bar No. 204336)
(*pro hac vice admission* )
Email: jmartin@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Direct +1 412-288-3546
Fax +1 412-288-3063

*Counsel for Plaintiffs*

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Daniel P. Schaefer (with permission)*
DANIEL P. SCHAEFER
D.C. Bar # 996871
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*